# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

DANIEL C. TANNER,

              **Plaintiff,**

    vs.

ROLLING RIVER, LLC, and
THE VESSEL RIVER CITY STAR,

              **Defendants.**

8:17CV337


ORDER


This matter is before the Court on the parties' Stipulation to Set Aside Clerk's Default, ECF No. 26.  Pursuant to NECivR 7.3, the parties stipulate and agree that "[f]or good cause, the Clerk's Entry of Default [ECF No. 20] in this matter should be set aside; and Defendants should be allowed to file an Answer or other responsive pleading to Plaintiff's Complaint within ten (10) days of the Court's Order setting aside the Clerk's Entry of Default."  ECF No. 26.  The Court will, therefore, set aside the Clerk's Entry of Default against Defendant Rolling River, LLC, and Defendant The Vessel River City Star pursuant to Federal Rule of Civil Procedure 55(c).

IT IS ORDERED:

1.    The Stipulation to Set Aside Clerk's Default, ECF No. 26, is approved;

2.    The Amended Motion for Default Judgment, ECF No. 21, filed by Plaintiff Daniel Tanner, is denied as moot; and

3.    Defendants Rolling River, LLC, and The Vessel River City Star, shall file an answer or other responsive pleading to the Complaint on or before April 2, 2018.

Dated this 23rd day of March, 2018.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge